**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00010-CMA-MJW

AIG LIFE INSURANCE COMPANY,

    Plaintiff,

v.

MT. GILEAD BAPTIST CHURCH,

    Defendant.

## ORDER REGARDING DEFAULT JUDGMENT

This matter is before the Court on Plaintiff AIG's Motion for Default Judgment Against Defendant Mt. Gilead Baptist Church (Doc. # 12). The Motion is GRANTED IN PART AND DENIED IN PART.

AIG moves for entry of a judgment in the amount of $107,000. AIG argues that it is entitled to $100,000 under a confession of judgment executed by Defendant Mt. Gilead Baptist Church ("Mt. Gilead") and $7,000 in attorneys fees and cost. AIG submitted evidence from which the Court can determine that Mt. Gilead was properly served and apprised of this lawsuit. However, AIG's request for attorneys fees and costs are unsubstantiated by evidence in the record from which the Court can determine whether the amount AIG seeks, $7,000, was reasonable and necessary. Accordingly, the Court GRANTS the Motion for Default Judgment to the extent that Mt. Gilead defaulted on the previous settlement agreement, $100,000. However, the Court will DENY WITHOUT PREJUDICE the Motion for Default Judgment to the extent that AIG

seeks attorneys fees and costs. AIG may re-file its motion with evidentiary support sufficient to allow the Court to determine whether the amount of AIG's request for attorneys fees and costs is reasonable and necessary.

Accordingly, the Court FINDS and ORDERS as follows:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1).
2. Venue in this Court is proper pursuant to 28 U.S.C. § 1391(a).
3. Mt. Gilead was properly served with the summons and complaint on January 8, 2009. The Clerk entered default against Mt. Gilead on February 9, 2009.
4. The Clerk shall enter judgment in favor of AIG and against Mt. Gilead in the amount of $100,000, in accordance with the terms specified in Mt. Gilead's confession of judgment, plus post judgment interest pursuant to 28 U.S.C. § 1961.
5. AIG's request for attorneys fees and costs is DENIED WITHOUT PREJUDICE.

DATED: February  27 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge