IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-CV-00010-CMA-MJW

AIG LIFE INSURANCE COMPANY,

Plaintiffs,

v.

MT. GILEAD BAPTIST CHURCH;

Defendant.

---

**} ORDER ON AIG'S MOTION FOR ORDER COMPELLING MT. GILEAD TO ANSWER POST-JUDGMENT INTERROGATORIES OR TO SHOW CAUSE WHY MT. GILEAD AND DELFORD PHILLIPS SHALL NOT BE HELD IN CONTEMPT** ( Docket No. 21 )

---

THE COURT, having read and reviewed Judgment Creditor AIG Life Insurance Company's ("AIG") Motion for Order Compelling Mt. Gilead Baptist Church ("Mt. Gilead") to Answer Post-Judgment Interrogatories or to Show Cause Why Mt. Gilead and Delford Phillips Shall Not be Held in Contempt, and being fully advised in the premises,

GRANTS said Motion and hereby ORDERS that:

1. Mt. Gilead shall respond to AIG's Rule 69 Interrogatories as provided by C.R.C.P. 69(d)(1) within 20 days of the entry of this Order.

1

330554

2. If Mt. Gilead does not answer the Interrogatories as provided by C.R.C.P. 69(d)(1) within 20 days of this Order, Mt. Gilead shall appear in this Court on ____*____ to show cause why Mt. Gilead shall not be held in contempt;

3. If Mt. Gilead does not answer the Interrogatories as provided by C.R.C.P. 69(d)(1) within 20 days of this Order, Delford Phillips shall appear in this Court on ____*____ to show cause why Delford Phillips shall not be held in contempt;

DATED this 10TH day of July, 2009.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

* HEARING SET:   **SEPTEMBER 03, 2009**   at   **8:30 a.m.**

Alfred A. Arraj United States Courthouse,
Fifth Floor, Courtroom A-502,
901 19th Street
Denver, CO

330554